[No. 74027-0-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL JERUE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01203-1, Linda C. Krese, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Schindler, J.

[No. 74043-1-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER ANDREW WAGNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02018-4, Millie M. Judge, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Leach, JJ.

[No. 74101-2-I.   Division One.   November 14, 2016.]

*In the Matter of the Parental Rights to* P.A.A.

ALEMAYEHU A. JIMMA, *Appellant*, v. ADDISALEM WORDOFA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-5-00445-2, John R. Ruhl, J., entered September 14, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 74301-5-I.   Division One.   November 14, 2016.]

*In the Matter of the Detention of* A.M.

Appeal from a judgment of the Superior Court for King County, No. 15-6-02704-7, Sean Patrick O'Donnell, J., entered October 14, 2015. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.